# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LARRY LORENZO O'BRYANT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-354

[May 2, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2016-CF-000215-AXXX-MB.

Larry Lorenzo O'Bryant, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***